| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | MJ 06-00029-001 |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* |
| | | |

CR 07 00423

E-FILING

FILED

'07 JUL -3 P3:13

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **Jody Heflin**<br>c/o USPO Janie Zhuang<br>Northern District of California<br>U.S. Courthouse & Federal Bldg<br>280 S. First Street, Suite #106<br>San Jose, CA 95113-3003 | GUAM | |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Honorable Joaquin V.E. Manibusan, Jr., Magistrate Judge |

| DATES OF PROBATION | FROM | TO |
|---|---|---|
| | March 27, 2007 | March 26, 2008 |

| OFFENSE |
|---|
| **Reckless Driving, in violation of 16 G.C.A. 9107 & 18 U.S.C. § 7(3) and 13.** |

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF **GUAM**

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Northern District of California** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge

May 29, 2007
Date

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR **NORTHERN** DISTRICT **CALIFORNIA**

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/26/07
Effective Date

Ronald M. Whyte
United States District Judge

(picture/image not scanned per SP 7/5/7)